**Order entered October 15, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01107-CV

**SASSIN & ASSOCIATES LAW FIRM, P.C., FAHEEM BADY SASSIN, E.E. "TREY" TAYLOR, III AND E.E. "TREY" TAYLOR & ASSOCIATES, PLLC, Appellants**

**V.**

**ARACELDA HERNANDEZ, INDIVIDUALLY AS NEXT FRIEND OF A.G. AND M.G., MINORS, AND ANTONIO GONZALEZ, INDIVIDUALLY AND AS NEXT FRIEND OF J.G. AND A.G., Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-01724-2015**

## ORDER

We **GRANT** appellants Sassin & Associates Law Firm, P.C. and Faheem Bady Sassin's October 14, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than October 30, 2015.

/s/     CRAIG STODDART
JUSTICE